UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER           : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :

-----------------------------------------------------------------X

LUIS C. HERNANDEZ,                       : 07-CV-01507-AKH

               Plaintiff,

   - against -                           **APPEARANCE**

                                   **ELECTRONICALLY FILED**

AIG REALTY, INC., *et al.*,

               Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       June 26, 2008

                                By:    /s/ Judith R. Cohen
                                        _____
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501

                                       *Attorney for Defendant*
                                       MERRILL LYNCH & CO., INC.